Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

07 CIV 8434

SEP 28 2007
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - x

THE PEOPLE OF THE STATE OF NEW YORK,
by ANDREW M. CUOMO, Attorney General of
the State of New York, and THE CITY OF NEW
YORK,

        Plaintiffs,

  -against-

MERCK & CO., INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - x

No.:

**Rule 7.1 Statement**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and is not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
      September 28, 2007

                    Respectfully submitted,

                    HUGHES HUBBARD & REED LLP

                    By: /s/ Vilia B. Hayes
                         Theodore V. H. Mayer
                         Vilia B. Hayes
                         Robb W. Patryk

                    One Battery Park Plaza
                    New York, New York 10004-1482
                    (212) 837-6000

                    *Attorneys for Defendant Merck & Co., Inc.*