Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE PEOPLE OF THE STATE OF NEW YORK, by ANDREW M. CUOMO, Attorney General of the State of New York, and THE CITY OF NEW YORK,

                            Plaintiffs,

    -against-

MERCK & CO., INC.,

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 07 Civ 8434

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 28th day of September, 2007, I caused a copy of the foregoing NOTICE OF REMOVAL OF DEFENDANT MERCK & CO., INC., to be served via first-class mail, postage prepaid, on the following:

    Andrew M. Cuomo
    Attorney General of the State of New York
    Attorney for the State of New York
    Heidi A. Wendel
    Special Deputy Attorney General
    Medicaid Fraud Control Unit
    120 Broadway – 13th Floor
    New York, New York 10271-0007

    Michael A. Cardozo
    Corporation Counsel of the City of New York
    Attorney for the City of New York
    John R. Low-Beer
    Assistant Corporation Counsel
    100 Church Street

60024615_1.DOC

New York, New York 10007

The above address has appeared on the prior papers in this action as the office address of the attorneys for Plaintiffs.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on September 28, 2007

_____
Sarah A. Binder

60024615_1.DOC