## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October 2007, I caused a copy of the foregoing ANSWER AND JURY DEMAND OF DEFENDANT MERCK & CO., INC. to be served via first-class mail, postage prepaid, on the following:

Andrew M. Cuomo
Attorney General of the State of New York
Attorney for the State of New York
Heidi A. Wendel
Special Deputy Attorney General
Medicaid Fraud Control Unit
120 Broadway – 13th Floor
New York, New York 10271-0007

Michael A. Cardozo
Corporation Counsel of the City of New York
Attorney for the City of New York
John R. Low-Beer
Assistant Corporation Counsel
100 Church Street
New York, New York 10007

The above address has appeared on the prior papers in this action as the office address of the attorneys for Plaintiffs.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on October 3, 2007

_____
Sarah A. Binder

60024443_1.DOC