Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE PEOPLE OF THE STATE OF NEW YORK, by ANDREW M. CUOMO, Attorney General of the State of New York, and THE CITY OF NEW YORK,

                              Plaintiffs,

            -against-

MERCK & CO., INC.,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civ. No.: 07 Civ 8434

**DECLARATION OF SERVICE AND FILING**

Pursuant to 28 U.S.C. § 1746, SARAH A. BINDER declares:

1. I am over the age of 18 years and I am not a party to this action. I am associated with the firm of Hughes Hubbard & Reed LLP, counsel for Defendant Merck & Co., Inc.

2. On September 28, 2007, the Notice of Removal of Defendant Merck & Co., Inc. was duly filed in the United States District Court for the Southern District of New York.

3. On September 28, 2007, I caused a true and accurate copy of the Notice of Removal and the Notice of Filing of Notice of Removal of Defendant Merck & Co., Inc.

60021326_1.DOC

to be served via first-class mail, postage prepaid, on plaintiffs' counsel, Andrew M. Cuomo, Attorney General of the State of New York, and Heidi A. Wendel, Special Deputy Attorney General, Medicaid Fraud Control Unit, 120 Broadway, 13th Floor, New York, New York 10271-0007 and Michael A. Cardozo, Corporation Counsel of the City of New York, Attorney for the City of New York, and John R. Low-Beer, Assistant Corporation Counsel, 100 Church Street, New York, New York 10007.

    4.    On September 28, 2007, the Notice of Filing of Notice of Removal of Defendant Merck & Co., Inc. was duly filed in the Supreme Court of the State of New York, County of New York.

    5.    On October 3, 2007, I caused a true and accurate copy of the Answer and Jury Demand of Defendant Merck & Co., Inc. to be served via first-class mail, postage prepaid, on plaintiffs' counsel, Andrew M. Cuomo, Attorney General of the State of New York, and Heidi A. Wendel, Special Deputy Attorney General, Medicaid Fraud Control Unit, 120 Broadway, 13th Floor, New York, New York 10271-0007 and Michael A. Cardozo, Corporation Counsel of the City of New York, Attorney for the City of New York, and John R. Low-Beer, Assistant Corporation Counsel, 100 Church Street, New York, New York 10007.

    I declare under penalty of perjury that the foregoing is true and correct.

                                            Sarah A. Binder