Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
:
THE PEOPLE OF THE STATE OF NEW YORK, :
by ANDREW M. CUOMO, Attorney General of :
the State of New York, and THE CITY OF NEW : No.: 07 Civ 8434
YORK, :
:
Plaintiffs, :
:
-against- :
:
MERCK & CO., INC., :
:
Defendant. :
---------------------------------x

## NOTICE OF MOTION BY DEFENDANT MERCK & CO., INC. TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PLEASE TAKE NOTICE that, upon Defendant Merck & Co., Inc.'s Notice of Motion, the Declaration of Vilia B. Hayes, and the accompanying Memorandum of Law in Support of its Motion to Stay All Proceedings Pending Transfer Decision By The Judicial Panel On Multidistrict Litigation, Defendant Merck & Co., Inc. will move this Court in the United States Courthouse for the Southern District of New York for an Order staying the above referenced

case pending its likely transfer to *In re Vioxx Marketing, Sales Practices And Products Liability Litigation*, MDL No. 1657, the multidistrict litigation proceeding that has been established in the Eastern District of Louisiana before the Honorable Eldon E. Fallon to coordinate all federal court product liability lawsuits involving Vioxx®.

DATED:   New York, New York
         September 28, 2007

                                    Respectfully submitted,

                                    HUGHES HUBBARD & REED LLP


                                    By: /s/ Vilia B. Hayes
                                        Theodore V. H. Mayer
                                        Vilia B. Hayes
                                        Robb W. Patryk

                                    One Battery Park Plaza
                                    New York, New York 10004-1482
                                    (212) 837-6000

                                    *Attorneys for Defendant Merck & Co., Inc.*