## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2007, I caused a copy of the foregoing NOTICE OF MOTION OF DEFENDANT MERCK & CO., INC. TO STAY ALL PROCEEDINGS PENDING A DECISION ON TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, DECLARATION OF VILIA B. HAYES and MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANT MERCK & CO., INC. TO STAY ALL PROCEEDINGS PENDING A DECISION ON TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION to be served via first-class mail, postage prepaid, on the following:

> Andrew M. Cuomo
> Attorney General of the State of New York
> Attorney for the State of New York
> Heidi A. Wendel
> Special Deputy Attorney General
> Medicaid Fraud Control Unit
> 120 Broadway – 13th Floor
> New York, New York 10271-0007
>
> Michael A. Cardozo
> Corporation Counsel of the City of New York
> Attorney for the City of New York
> John R. Low-Beer
> Assistant Corporation Counsel
> 100 Church Street
> New York, New York 10007

The above address has appeared on the prior papers in this action as the office address of the attorneys for Plaintiffs.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on September 28, 2007

_____
Sarah A. Binder

60024453_1.DOC