UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
People of the State of New York, et al.

                       Plaintiff,

                      __07__CIVIL_8434____(GBD )

-against-

Merck & Co., Inc.    Defendant.
------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____Randall M. Fox_____

☒ *Attorney*

    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    ___RF 2845_____

    ☐  I am a Pro Hac Vice attorney

    ☐  I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ **by Judge** _____

☐ *Address:*    Office of the Attorney General, 120 Broadway, 13th Floor, NY, NY 10271-0007_

☐ *Telephone Number:*    _(212) 417-5390_____

☐ *Fax Number:*    _(212) 417-5335_____

☐ *E-Mail Address:*    _Randall.Fox@oag.state.ny.us_____

Dated: __10/18/2007_____    _____/s/ Randall M. Fox_____