# Hughes
# Hubbard

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Vilia B. Hayes
Direct Dial: 212-837-6839
Direct Fax: 212-299-6839
hayes@hugheshubbard.com

October 16, 2007

BY EMAIL AND MAIL

Randall M. Fox, Esq.
Special Assistant General Counsel
Office of the Attorney General
Medicaid Fraud Control Unit
120 Broadway - 13th Floor
New York, New York 10271

      Re:    *The People of the State of New York, et al. v. Merck & Co., Inc.*, No. 07 Civ. 8434

Dear Mr. Fox:

I write in response to your letter yesterday requesting that Merck withdraw its motion to stay and stipulate to a partial stay which would permit Plaintiffs' planned motion to remand to be filed, briefed and considered in the district court.

As set forth in greater detail in Merck's motion to stay, a stay is appropriate here because this case raises overlapping issues with six similar lawsuits that are currently pending before Judge Fallon in MDL-1657. Plaintiffs' anticipated motion to remand does not change this analysis. Consistent with the purposes of multi-district litigation, and prior practice in the Vioxx MDL, any such motion to remand should be heard by Judge Fallon in the MDL, who already has similar motions pending before him. Indeed, Judge Fallon himself has repeatedly indicated his preference that remand motions be decided in the MDL rather than by district court judges around the country.

By letter dated September 28, 2007, Merck notified the Judicial Panel on Multidistrict Litigation of the pendency of this action, and Merck expects a conditional transfer order regarding this case to be issued shortly. To date, the JPML has rejected each and every objection it has received to the conditional transfer orders in MDL-1657, including cases brought by state attorney generals, sending all such cases to the MDL.

I am attaching a proposed stipulation to stay this case in its entirety. If this stipulation is acceptable to you, please sign it, circulate to Mr. Low-Beer and return it to me. We will file it will the Court.

Very truly yours,

*Vilia B. Hayes*

cc:    Heidi Wendel, Esq.
      John Low-Beer, Esq.

Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000
*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x

THE PEOPLE OF THE STATE OF NEW YORK,
by ANDREW M. CUOMO, Attorney General of
the State of New York, and THE CITY OF NEW
YORK,

                                 Plaintiffs,

                 -against-

MERCK & CO., INC.,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - x

**No.: 07 Civ 8434 (GBD)**

**Stipulation and Order to Stay All
Proceedings Pending Transfer
Decision**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for Plaintiffs, The People of The State of New York and The City of New York, and Defendant,

Merck & Co., Inc., that all proceedings in this case be stayed pending a final decision by the

Judicial Panel on Multidistrict Litigation on the transfer of the case pursuant to 28 U.S.C. § 1407

to the Eastern District of Louisiana for consolidated pre-trial proceedings in MDL-1657.

Dated: October __, 2007
   New York, New York

ANDREW M. CUOMO
Attorney General of the State of New York

By: _____

  HEIDI A. WENDEL
  Special Deputy Attorney General
  RANDALL M. FOX
  Special Assistant Attorney General
  Medicaid Fraud Control Unit
  120 Broadway – 13th Floor
  New York, New York 10271-0007
  (212) 417-5250
*Attorney for Plaintiff The State of New York*

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York

By: _____

  JOHN R. LOW-BEER
  Assistant Corporation Counsel
  100 Church Street
  New York, New York 10007
  (212) 788-1007
*Attorney for Plaintiff The City of New York*

HUGHES HUBBARD & REED LLP

By: _____

  Vilia B. Hayes
  One Battery Park Plaza
  New York, NY 10004-1482
  (212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

SO ORDERED_____

    The Honorable George B. Daniels
    United States District Judge