Randall M. Fox
OFFICE OF THE ATTORNEY GENERAL
MEDICAID FRAUD CONTROL UNIT
120 Broadway – 13th Floor
New York, New York  10271-0007
(212) 417-5390
*Attorneys for the State of New York*

John R. Low-Beer
OFFICE OF THE CORPORATION COUNSEL
OF THE CITY OF NEW YORK
100 Church Street
New York, New York  10007
(212) 788-1007
*Attorneys for the City of New York*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, by ANDREW M. CUOMO, Attorney General of the State of New York, and THE CITY OF NEW YORK, | : : : : : |
| Plaintiffs, | : : |
| - against - | : : : |
| MERCK  & CO., INC., | : : : |
| Defendant. | : |

No. 07 Civ. 8434 (GBD)

-------------------------------------------------------------------- x

**NOTICE OF MOTION BY PLAINTIFFS THE PEOPLE OF THE STATE OF NEW YORK AND THE CITY OF NEW YORK TO REMAND FOR LACK OF FEDERAL SUBJECT MATTER JURISDICTION**

PLEASE TAKE NOTICE that, upon plaintiffs' Notice of Motion, the Declaration of Randall M. Fox and the accompanying Plaintiffs' Memorandum of Law in Support of Their Motion to Remand for Lack of Federal Subject Matter Jurisdiction, plaintiffs the People of the State of New York and The City of New York will move this Court in the

United States Courthouse for the Southern District of New York for an Order pursuant to 28 U.S.C. § 1447(c) remanding this action to the New York State Supreme Court for New York County.

Dated: New York, New York
       October 26, 2007

        ANDREW M. CUOMO
        Attorney General of the State of New York
        Attorney for the State of New York


        _____S/_____
        RANDALL M. FOX
        Special Assistant Attorney General
        Medicaid Fraud Control Unit
        120 Broadway – 13th Floor
        New York, New York  10271-0007
        (212) 417-5390

        MICHAEL A. CARDOZO
        Corporation Counsel of the City of New York
        Attorney for the City of New York


        _____S/_____
        JOHN R. LOW-BEER
        Assistant Corporation Counsel
        100 Church Street
        New York, New York  10007
        (212) 788-1007