CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2007, I caused a copy of the foregoing REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION BY DEFENDANT MERCK & CO., INC. TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION and DECLARATION OF VILIA B. HAYES to be served via first-class mail, postage prepaid, on the following:

Randall M. Fox
Special Assistant Attorney General
Office of the Attorney General of the State of New York
Medicaid Fraud Control Unit
120 Broadway – 13th Floor
New York, New York 10271-0007

John R. Low-Beer
Assistant Corporation Counsel
Office of the Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007


The above address has appeared on the prior papers in this action as the office address of the attorneys for Plaintiffs.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on October 26, 2007

*Sarah A. Binder* (signature)