**PROOF OF SERVICE**

Randall M. Fox hereby declares under penalty of perjury that: I am a Special Assistant Attorney General in the Office of the Attorney General of the State of New York, counsel for plaintiff The People of the State of New York, and that I caused a copy of (1) Notice of Motion by Plaintiffs The People of the State of New York and The City of New York to Remand for Lack of Federal Subject Matter Jurisdiction, (2) the Declaration of Randall M. Fox, dated October 26, 2007, and (3) Plaintiffs' Memorandum of Law in Support of Their Motion to Remand for Lack of Federal Subject Matter Jurisdiction, to be served upon counsel for defendant Merck & Co., Inc. by causing the same to be hand delivered on October 26, 2007 addressed to:

> Theodore V. H. Mayer
> Vilia B. Hayes
> Robb W. Patryk
> Hughes Hubbard & Reed LLP
> One Battery Park Plaza
> New York, New York  10004-1482

Dated: New York, New York
       October 26, 2007

                                         _____S/_____
                                              Randall M. Fox